# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>Debtor. | 3:17-BK-4780 (LTS)<br><br>PROMESA Title III<br>(Jointly Administered) |
| LUMA ENERGY, LLC and LUMA ENERGY SERVCO, LLC<br><br>Plaintiffs.<br>v.<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY and PUERTO RICO PUBLIC-PRIVATE PARTNERSHIPS AUTHORITY,<br><br>Defendant. | Adv. Proc. No. 25-00043 (LTS) in 17 BK 4780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

## MOTION TO SEAL PORTIONS OF LUMA'S MOTION FOR PROVISIONAL RELIEF AND CERTAIN EXHIBITS

Plaintiffs LUMA Energy, LLC and LUMA Energy Servco, LLC (together, "LUMA") respectfully move to file and seal portions of LUMA's Motion for Provisional Relief ("Motion") and certain accompanying exhibits. This motion is being made pursuant to this Court's Order titled Twentieth Amended Notice, Case Management and Administrative Procedures, dated July 15, 2025 ("Case Management Order"). A redacted copy of the documents sought to be sealed is included as Exhibit 1. A proposed order is attached as Exhibit 2.

LUMA seeks to seal these materials in part solely because Section 15.3(a) of the Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement dated June 22, 2020 (as amended and supplemented, the "T&D OMA"), designates "[a]ll communications, negotiations and discussions pursuant to this Section 15.3 (*Negotiation*)" as confidential. The Motion discusses and attaches as exhibits letters that are confidential pursuant to Section 15.3. LUMA has in good faith narrowly tailored its redactions to only those necessary to preserve the confidentiality of the letters that it believes are subject to the confidentiality provision of Section 15.3.

LUMA understands that under the Court's Case Management Order, "the fact that information is subject to a confidentiality agreement between litigants is not, by itself, a valid basis to overcome the presumption in favor of public access to judicial documents." Case Mgmt. Order at 4. LUMA is moving to file under seal solely because it does not believe it can unilaterally remove the confidentiality of the letters under the T&D OMA and does not want Defendants to accuse it of breaching the T&D OMA. LUMA would consent to filing the letters in the public record, without redaction. In the absence of consent from Defendants, however, LUMA is obligated to seek to seal these materials.

2

LUMA is serving unredacted copies of the Motion and its exhibits on the counterparties to the Motion, and is also providing the Court unredacted courtesy copies of this motion to seal and the Motion and its exhibits with all proposed redactions in highlighted form.

For the foregoing reasons, LUMA requests that the Court grant this motion to seal.

Dated: August 25, 2025

Respectfully submitted,

*/s/ Brett Ingerman*
Brett Ingerman
**DLA PIPER LLP (US)**
Harbor East
650 S. Exeter Street, Ste. 1100
Baltimore, MD 21202-4576
T: (410) 580.4177
F: (410) 580.3001
brett.ingerman@us.dlapiper.com

*/s/ Mariana Muñiz Lara*
Mariana Muñiz Lara (local counsel)
Puerto Rico Bar No. 18262
**DLA Piper (Puerto Rico) LLC**
500 Calle de la Tanca, Suite 401
San Juan, Puerto Rico 00901-1969
T: (787) 945.9106
F: (787) 945.9102
mariana.muniz@us.dlapiper.com

***Attorneys for LUMA Energy, LLC, and LUMA Energy Servco, LLC***