# Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>                         Debtors.[1] | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>                         Debtor. | 3:17-BK-4780 (LTS)<br><br>PROMESA Title III<br>(Jointly Administered) |
| LUMA ENERGY, LLC and LUMA ENERGY SERVCO, LLC<br><br>                         Plaintiffs.<br>                 v.<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY and PUERTO RICO PUBLIC-PRIVATE PARTNERSHIPS AUTHORITY,<br><br>                         Defendant. | Adv. Proc. No. 25-00043 (LTS) in 17 BK 4780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

# [PROPOSED] ORDER GRANTING MOTION TO SEAL PORTIONS OF LUMA'S MOTION FOR PROVISIONAL RELIEF AND CERTAIN EXHIBITS

Upon consideration of the *Motion to Seal Portions of Luma's Motion for Provisional Relief and Certain Exhibits* (the "Motion"), the Court FINDS AND DETERMINES that LUMA's Motion for Provisional Relief and certain accompanying exhibits may be filed under seal to the extent sought by the Motion for the reasons stated therein. The Puerto Rico Electric Power Authority ("PREPA") and Puerto Rico Public-Private Partnerships Authority ("P3A") shall have access to the documents under seal. The documents shall remain under seal unless and until LUMA, PREPA, and P3A agree that they may be unsealed.

This order is without prejudice to the rights of any party in interest to seek to unseal the documents or any part thereof.

ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

SO ORDERED.

Dated: _____, 2025

  
  
THE HON. LAURA TAYLOR SWAIN  
UNITED STATES DISTRICT JUDGE