**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>              Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17-BK-3283-LTS<br><br>*(Jointly Administered)* |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>              Debtor. | PROMESA<br><br>Title III<br><br>No. 17-BK-4780-LTS |
| LUMA ENERGY, LLC and LUMA ENERGY SERVCO, LLC,<br><br>              Plaintiffs,<br><br>  -v-<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY and PUERTO RICO PUBLIC-PRIVATE PARTNERSHIPS AUTHORITY,<br><br>              Defendants. | Adv. Proc. No. 25-00043-LTS<br><br>in 17-BK-4780-LTS |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). Title III case numbers are listed as Bankruptcy Case numbers due to software limitations. On October 30, 2024, the Title III Case for the Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) was closed.

**ORDER GRANTING UNOPPOSED MOTION FOR ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS IN CONNECTION WITH JURISDICTIONAL OPPOSITION TO BE FILED BY PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY ON BEHALF OF PUERTO RICO PUBLIC-PRIVATE PARTNERSHIPS AUTHORITY**

Before the Court is the *Unopposed Motion For Order Granting Leave To Exceed Page Limits in Connection with Jurisdictional Opposition To Be Filed By Puerto Rico Fiscal Agency and Financial Advisory Authority on Behalf of Puerto Rico Public-Private Partnerships Authority* (Dkt. No. 31 in Adversary Proceeding No. 25-00043) (the "Motion")[2]. Having determined that AAFAF provided appropriate notice of the Motion and that no further notice is required; and having reviewed the Motion; and having determined that the Motion establishes cause for the relief granted herein; it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. AAFAF is hereby authorized to file the Jurisdiction Opposition with five (5) pages in excess of the page limit of the Case Management Order so as to have the Jurisdiction Opposition have no more than forty (40) pages including the table of contents and table of authorities.

This Order resolves Dkt. No. 31.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: September 15, 2025

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.