IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>Debtor. | 3:17-BK-4780 (LTS)<br><br>PROMESA Title III<br>(Jointly Administered) |
| LUMA ENERGY, LLC and LUMA ENERGY SERVCO, LLC<br><br>Plaintiffs.<br><br>v.<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY and PUERTO RICO PUBLIC-PRIVATE PARTNERSHIPS AUTHORITY,<br><br>Defendant. | Adv. Proc. No. 25-00043 in 17 BK 4780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

**UNOPPOSED MOTION FOR ORDER GRANTING LEAVE TO EXCEED
PAGE LIMIT IN CONNECTION WITH JURISDICTIONAL REPLY TO
BE FILED BY LUMA ENERGY, LLC AND LUMA ENERGY SERVCO, LLC**

**To the Honorable United States District Judge Laura Taylor Swain and the Honorable Magistrate Judge Judith Gail Dein:**

Plaintiffs LUMA Energy, LLC and LUMA Energy Servco, LLC (together, "LUMA"), by and through its undersigned counsel, respectfully state as follows:

1. On August 25, 2025, LUMA filed its complaint, *see* Docket No. 1, and submitted its *Motion for Provisional Relief* (the "Motion for Provisional Relief"). The Motion for Provisional Relief seeks to enjoin Defendants from initiating or continuing any dispute-resolution procedures with respect to issues in the Puerto Rico Public-Private Partnerships Authority's ("P3A") July 22, 2025 Notice of Dispute, unless and until this Court resolves the parties' disagreement over what dispute-resolution procedures apply. *Id.* at 2. It further requests that the Court order Defendants to mediate that dispute. *Id.*

2. Following that filing, Defendants requested, and the Court granted, a bifurcated briefing schedule on the Motion for Provisional Relief in which Defendants would first brief jurisdictional issues. *See* Docket No. 26.

3. On September 15, 2025, P3A through its agent, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), filed a motion to exceed page limit, seeking authority to file a 40-page brief arguing this Court does not have jurisdiction. *See* Docket No. 31. LUMA did not oppose this request, and the Court granted it on September 15, 20205. *See* Docket No. 32. On September 16, 2025, P3A filed its *Jurisdictional Opposition to LUMA's Complaint and Motion for Provisional Relief* (the "Jurisdiction Opposition").

4. LUMA's Reply in support of the Motion for Provisional Relief (the "Reply") is due on September 23, 2025.

2

5. Due to the lengthy discussion of issues raised in P3A's Jurisdiction Opposition, LUMA anticipates that its reply will exceed the fifteen (15) page limit set forth for replies in section (I)(E) of the Court's *Twentieth Amended Case Management Procedures* (Case No. 17-03283, Docket No. 29627-1) (the "Case Management Order").

6. LUMA respectfully requests leave to file a reply consisting of up to forty (40) pages, inclusive of the table of contents and the table of authorities required under the Case Management Order, consistent with the page limit provided to P3A for its Jurisdiction Opposition. LUMA respectfully submits that there is good cause to grant this motion in order to adequately address the arguments raised in P3A's Jurisdictional Opposition.

7. As such, LUMA seeks the same number of pages as P3A to address these jurisdictional arguments. The requested relief is critical to ensure that the Court is fully briefed on all issues raised in P3A's Jurisdiction Opposition.

8. Prior to the filing of this motion, the undersigned reached out to P3A's counsel to obtain their consent to the relief sought herein, who expressed no objections to the same.

**WHEREFORE,** LUMA respectfully requests that the Court enter an order, substantially similar in form and substance to that attached hereto as **Exhibit A,** granting LUMA leave to file a Reply with forty (40) pages, inclusive of the table of contents and table of authorities required under the Case Management Order.

Dated: September 19, 2025

Respectfully submitted,

*/s/ Brett Ingerman*
Brett Ingerman (admitted *pro hac vice*)
Dale K. Cathell (admitted *pro hac vice*)
David Horniak (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202-4576
Telephone: (410) 580-3000
Facsimile: (410) 580-3001
Email: brett.ingerman@us.dlapiper.com
　　　　dale.cathell@us.dlapiper.com
　　　　david.horniak@us.dlapiper.com

*/s/ Mariana Muñiz Lara*
Mariana Muñiz Lara (local counsel)
Puerto Rico Bar No. 18262
**DLA Piper (Puerto Rico) LLC**
500 Calle de la Tanca, Suite 401
San Juan, Puerto Rico 00901-1969
T: (787) 945.9106
F: (787) 945.9102
mariana.muniz@us.dlapiper.com

***Attorneys for LUMA Energy, LLC, and LUMA Energy Servco, LLC***

**Certificate of Service**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

Dated: September 19, 2025

*/s/ Mariana Muñiz Lara*
Mariana Muñiz Lara

**<u>Exhibit A</u>**

**Proposed Order**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>Debtor. | 3:17-BK-4780 (LTS)<br><br>PROMESA Title III<br>(Jointly Administered) |
| LUMA ENERGY, LLC and LUMA ENERGY SERVCO, LLC<br><br>Plaintiffs.<br><br>v.<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY and PUERTO RICO PUBLIC-PRIVATE PARTNERSHIPS AUTHORITY,<br><br>Defendant. | Adv. Proc. No. 25-00043 in 17 BK 4780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**ORDER GRANTING UNOPPOSED MOTION FOR ORDER GRANTING LEAVE TO EXCEED PAGE LIMIT IN CONNECTION WITH JURISDICTIONAL REPLY TO BE FILED BY LUMA ENERGY, LLC AND LUMA ENERGY SERVCO, LLC**

Upon the *Unopposed Motion For Order Granting Leave To Exceed Page Limit in Connection with Jurisdictional Reply To Be Filed By LUMA Energy, LLC and LUMA Energy Servco, LLC* (Docket Entry No. ____ in Adversary Proceeding Num. 25-00043) (the "Motion"); and the Court having determined that LUMA provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion; and the Court having determined that the factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. LUMA is hereby authorized to file the Reply with forty (40) pages, inclusive of the table of contents and table of authorities required under the Case Management Order.

**SO ORDERED.**

Dated: September ___, 2025

_____
HON. JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE