## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>             Debtors[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>             Debtor | PROMESA Title III<br><br>No. 17 BK 4780-LTS |
| LUMA ENERGY, LLC and LUMA ENERGY SERVCO, LLC,<br><br>             Plaintiffs | PROMESA Title III<br><br>Adv. Proc. No. 25-00043-LTS |

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (v) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations). On October 30, 2024, the Title III case for the Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) was closed.

|  |  |
|---|---|
| v. | |
| PUERTO RICO ELECTRIC POWER AUTHORITY AND PUERTO RICO PUBLIC-PRIVATE PARTNERSHIPS, | |
| Defendants. | |

## URGENT MOTION OF THE
## FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO FOR LEAVE TO FILE REPLY IN EXCESS OF PAGE LIMITATIONS

**To the Honorable United States District Court Judge Laura Taylor Swain and the Honorable United States Magistrate Judge Judith Gail Dein:**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of the Puerto Rico Electric Power Authority ("PREPA" or the "Debtor") pursuant to Section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully submits this urgent motion (this "Urgent Motion") requesting the entry of an order, substantially in the form annexed hereto as **Exhibit A** (the "Proposed Order"), granting the Oversight Board leave to exceed the fifteen (15) page limit set forth in the *Twentieth Amended Notice, Case Management and Administrative Procedures* [Case No. 17-3283-LTS, ECF No. 29627-1] (the "Case Management Procedures") ¶ I.E and file a reply (the "Reply") to the *Puerto Rico Public-Private Partnerships Authority's Jurisdictional Opposition to LUMA's Complaint and Motion for Provisional Relief* [Adv. Proc. No. 25-00043, ECF No. 33] (the "Jurisdiction Opposition") filed by the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), on behalf of the Puerto Rico Public-Private Partnerships Authority (the "P3A"), in Adv. Proc. No. 25-00043 (the "Adversary Proceeding"), of no more than twenty (20) pages (exclusive of the cover page, table of contents, table of authorities, signature

---

[2]   PROMESA is codified at 48 U.S.C. §§ 2101–2241.

pages, and certificate of service). In support of this Urgent Motion, the Oversight Board respectfully states as follows:

## RELEVANT PROCEDURAL BACKGROUND

1.      On August 25, 2025, LUMA Energy, LLC and LUMA Energy ServCo, LLC's (together, "LUMA") filed (a) the *Complaint* [Adv. Proc. No. 25-00043, ECF No. 1] and (b) the *Motion for Provisional Relief* [Adv. Proc. No. 25-00043, ECF No. 28].

2.      Following submission of the *Joint Status Report Regarding Motion to Seal and Motion for Provisional Relief* [Adv. Proc. No. 25-00043, ECF No. 21], the Title III Court entered an order setting a briefing schedule [Adv. Proc. No. 25-00043, ECF No. 26] (the "Briefing Schedule") which, among other things, bifurcates consideration of jurisdiction and merits arguments in the Adversary Proceeding.

3.      In accordance with the Briefing Schedule, on September 16, 2025, AAFAF, on behalf of P3A, filed the Jurisdiction Opposition.

## RELIEF REQUESTED AND BASIS FOR SUCH RELIEF

4.      The Reply is the Oversight Board's first opportunity to address the lengthy jurisdiction arguments in the Adversary Proceeding. Accordingly, the Oversight Board respectfully requests leave to exceed the page limit for its Reply. Paragraph I.E. of the Case Management Procedures provides that "[u]nless prior permission has been granted . . . memoranda of law in support of Replies are limited to fifteen (15) pages." Case Management Procedures I.E. The Oversight Board respectfully requests the Reply be limited to no more than twenty pages, exclusive of the cover page, table of contents, table of authorities, signature pages, and certificate of service (the "Page Extension Request").

5.      No prior request for the relief sought in this Urgent Motion has been made to this or any other court.

## COMPLIANCE WITH CASE MANAGEMENT PROCEDURES

6.      Pursuant to Paragraph I.H of the Case Management Procedures, the Oversight Board hereby certifies that it has carefully examined the matter and concluded that there is a true need for an urgent motion; and has not created the urgency through any lack of due diligence. Prior to the filing of this Urgent Motion, the undersigned reached out to counsel for LUMA and AAFAF to obtain their consent to the Page Extension Request.  Counsel for LUMA consents to the Page Extension Request.  Counsel for AAFAF takes no position on the Page Extension Request.

**WHEREFORE** the Oversight Board requests the Court enter the Proposed Order and grant it such other relief as it deems just and proper.

Dated:  September 22, 2025
         San Juan, Puerto Rico

*/s/ Margaret A. Dale*
Martin J. Bienenstock (*pro hac vice*)
Margaret A. Dale (*pro hac vice*)
Ehud Barak (*pro hac vice*)
Elliot R. Stevens (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Email:  mbienenstock@proskauer.com
         mdale@proskauer.com
         ebarak@proskauer.com
         estevens@proskauer.com

Laura Stafford (*pro hac vice*)
**PROSKAUER ROSE LLP**
One International Place
Boston, MA 02110-2600
Tel:     (617) 526-9600

4

Email:  lstafford@proskauer.com

Paul V. Possinger (*pro hac vice*)
Libbie B. Osaben (*pro hac vice*)
**PROSKAUER ROSE LLP**
70 West Madison, Suite 3800
Chicago, Illinois 60602
Tel:     (312) 962-3550
Email:  ppossinger@proskauer.com
           losaben@proskauer.com

Michael A. Firestein (*pro hac vice*)
**PROSKAUER ROSE LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3010
Tel:     (310) 557-2900
Email:  mfirestein@proskauer.com

-and-

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Attorneys for the Financial Oversight and
Management Board for Puerto Rico as
representative of the Puerto Rico Electric
Power Authority*

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/ *Hermann D. Bauer*
Hermann D. Bauer

## EXHIBIT A

**Proposed Order**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor | PROMESA Title III<br><br>No. 17 BK 4780-LTS |
| LUMA ENERGY, LLC and LUMA ENERGY SERVCO, LLC,<br><br>Plaintiffs | PROMESA Title III<br><br>Adv. Proc. No. 25-00043-LTS |

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (v) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).  On October 30, 2024, the Title III case for the Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) was closed.

v.

PUERTO RICO ELECTRIC POWER
AUTHORITY AND PUERTO RICO PUBLIC-
PRIVATE PARTNERSHIPS,

Defendants.

**[PROPOSED] ORDER GRANTING URGENT MOTION OF THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
FOR LEAVE TO FILE REPLY IN EXCESS OF PAGE LIMITATIONS**

Before the Court is the *Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Leave to File Reply in Excess of Page Limitations* (Dkt. No. _____ in Adv. Pro. No. 25-00043, the "Urgent Motion"[2]).  Having determined that the Oversight Board provided appropriate notice of the Urgent Motion and that no further notice is required; and having reviewed the Urgent Motion; and having determined that the Urgent Motion establishes cause for the relief granted herein; it is hereby ORDERED that:

1.      The Urgent Motion is GRANTED as set forth herein.

2.      The Oversight Board is authorized to file the Reply of no more than twenty (20) pages, exclusive of the cover page, the table of contents, the table of authorities, the signature pages, and the certificate of service.

This Order resolves Dkt. No. _____.

SO ORDERED.

Dated: _____, 2025

_____
Judith Gail Dein
United States Magistrate Judge

---

[2]  Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.