# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>*(Jointly Administered)* |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-4780-LTS |
| LUMA ENERGY, LLC and LUMA ENERGY SERVCO, LLC,<br><br>    Plaintiffs,<br><br>    -v-<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY and PUERTO RICO PUBLIC-PRIVATE PARTNERSHIPS AUTHORITY,<br><br>    Defendants. | Adv. Proc. No. 25-00043-LTS<br>in 17-BK-4780-LTS |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

**URGENT MOTION FOR ORDER GRANTING LEAVE TO FILE SUR-REPLY TO REPLY FILED BY FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO TO JURISDICTION OPPOSITION FILED BY PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY ON BEHALF OF PUERTO RICO PUBLIC-PRIVATE PARTNERSHIPS AUTHORITY**

**To the Honorable United States District Judge Laura Taylor Swain and the Honorable Magistrate Judge Judith Gail Dein:**

The Puerto Rico Public-Private Partnerships Authority ("P3A"), through its agent Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), respectfully states as follows:

1. On August 25, 2025, LUMA Energy, LLC, and LUMA Energy Servco, LLC (together, "LUMA") filed a complaint that initiated the captioned adversary proceeding. See, Docket No. 1.

2. On September 3, 2025, the Court entered the Order Concerning Joint Status Report Regarding Motion to Seal and Motion for Provisional Relief (the "Order"), through which it directed LUMA to file an unredacted Motion for Provisional Relief no later than September 4, 2025, and P3A to submit a brief on whether the Court has jurisdiction to decide the Motion for Provisional Relief and, if so, whether the Court should abstain from exercising its jurisdiction ("Jurisdiction Opposition") no later than September 16, 2025. See, Docket No. 26.

3. Pursuant to the Order, if PREPA contended that the Court has subject matter jurisdiction to address the matters set forth–and/or should not abstain– in the captioned case, it had to file a reply no later than September 23, 2025. Id.

4. The deadline for LUMA and PREPA (through the Financial Oversight and Management Board for Puerto Rico ("FOMB")) to file their respective replies was extended until September 25, 2025, at 5:00pm. See, Docket No. 37.

5. On September 25, 2025, LUMA filed its reply (the "LUMA Reply"), followed by the FOMB's reply (the "FOMB Reply"). See, Docket Nos. 46, 47.

6. P3A, through AAFAF, strongly believes that the FOMB Reply raises issues which must be addressed as a matter of public interest and on the merits. AAFAF intends to address, the weight, if any, that the Court should give to the FOMB Reply in light of the FOMB's prior approval of the OMA[2] (including of its forum selection clause) and the FOMB's delegation to P3A the authority to administer the OMA, as well as briefly address FOMB's argument on Section 306 of PROMESA. Therefore, AAFAF respectfully requests, pursuant to Local Rule 7(c), leave to file a sur-reply of not more than ten (10) pages to the FOMB Reply within twenty-four (24) hours from the time which–if such request for relief is granted– this Court enters an order allowing such filing.

7. Prior to the filing of this motion, the undersigned met and conferred via email with counsel to LUMA and the FOMB with respect to the relief requested herein. LUMA's and the FOMB's counsel advised that their clients took no position with respect to the requested relief.

8. Pursuant to Paragraph I.H of the *Twentieth Amended Notice, Case Management and Administrative Procedures* [ECF No. 29627-1] (the "Case Management Procedures"), AAFAF hereby certifies that it has carefully examined the matter and concluded that there is a true need for an urgent motion so that the Court can have AAFAF's response to the FOMB Reply in an expedited manner; it has not created the urgency through any lack of due diligence; has made a bona fide effort to resolve the matter without a hearing; has made reasonable, good-faith communications in an effort to resolve or narrow the issues that are being brought to the Court, and no party opposes the relief requested herein.

**WHEREFORE**, AAFAF respectfully requests that the Court enter an order, substantially similar in form and substance to that attached hereto as **Exhibit A**, granting it leave to file an omnibus sur-reply to the FOMB Reply within twenty-four (24) hours from the time on which the

---

[2] As that term is defined in the Jurisdictional Opposition.

Court enters an order granting this motion for leave.

| | |
|---|---|
| Dated: September 26, 2025<br>San Juan, Puerto Rico | Respectfully submitted, |
| **O'MELVENY & MYERS LLP** | **MARINI PIETRANTONI MUÑIZ LLC** |
| <u>s/ Peter Friedman</u><br>Peter Friedman<br>Maria J. DiConza<br>(Admitted *Pro Hac Vice*)<br>Gabriel L. Olivera<br>USDC No. 303314<br>1301 Avenue of the Americas, Suite 1700<br>New York, NY 10019<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>Email: pfriedman@omm.com<br>mdiconza@omm.com<br>golivera@omm.com | <u>/s/ Manuel A. Pietrantoni</u><br>Manuel A. Pietrantoni<br>USDC No. 219805<br><br><u>/s/ Ignacio J. Labarca-Morales</u><br>Ignacio J. Labarca-Morales<br>USDC No. 303307<br><br>250 Ponce de León Ave., Suite 900<br>San Juan, Puerto Rico 00918<br>Telephone: (787) 705-2171<br>Facsimile: (787) 936-7494<br>Email: mpietrantoni@mpmlawpr.com<br>      ilabarca@mpmlawpr.com |
| *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority acting on behalf of the Puerto Rico Public Private Partnership Authority* | *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority acting on behalf of the Puerto Rico Public Private Partnership Authority* |

**<u>Exhibit A</u>**
*Proposed Order*

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>  Debtors.³ | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>*(Jointly Administered)* |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>  Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-4780-LTS |
| LUMA ENERGY, LLC and LUMA ENERGY SERVCO, LLC,<br><br>  Plaintiffs,<br><br>  -v-<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY and PUERTO RICO PUBLIC-PRIVATE PARTNERSHIPS AUTHORITY,<br><br>  Defendants. | Adv. Proc. No. 25-00043-LTS<br>in 17-BK-4780-LTS |

ORDER GRANTING URGENT MOTION FOR ORDER GRANTING LEAVE TO FILE SUR-REPLY TO REPLY FILED BY FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO TO JURISDICTION OPPOSITION FILED BY PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITYON BEHALF OF

---

³The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

PUERTO RICO PUBLIC-PRIVATE PARTNERSHIPS AUTHORITY

Upon the *Urgent Motion For Order Granting Leave To File Sur-Reply To Reply Filed By Financial Oversight And Management Board Of Puerto Rico To Jurisdiction Opposition Filed By Puerto Rico Fiscal Agency And Financial Advisory Authority On Behalf Of Puerto Rico Public-Private Partnerships Authority* (Docket Entry No. ____ in Adversary Proceeding Num. 25-00043) (the "Motion");[4] and the Court having determined that AAFAF provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion; and the Court having determined that the factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. AAFAF is hereby authorized to file a sur-reply to the FOMB Reply within twenty-four (24) hours from the entry of this Order.

SO ORDERED.

Dated: September ___, 2025

HON. JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

---

[4] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.