# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>as representative of<br><br>The Commonwealth of Puerto Rico, <u>et al.</u>,<br><br>Debtors, | 3:17-BK-3283 (LTS)<br><br>PROMESA Title III<br><br>(Jointly Administered) |

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>as representative of<br><br>Puerto Rico Electric Power Authority,<br><br>Debtor, | 3:17-BK-4780 (LTS) |

| | |
|---|---|
| LUMA Energy, LLC and LUMA Energy Servco, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Puerto Rico Electric Power Authority and Puerto Rico Public-Private Partnerships Authority,<br><br>Defendants. | Adversary Proceeding No. 3:25-00043 (LTS)<br><br>in 3:17-BK-4780 (LTS) |

Case:25-00043-LTS   Doc#:66   Filed:12/19/25   Entered:12/19/25 16:28:33   Desc: Main
Document   Page 2 of 2

25-00043-LTS
LUMA Energy, LLC, et al. v. Puerto Rico Electric Power Authority, et al.
Judgment

# JUDGMENT

Pursuant to the "MEMORANDUM ORDER DISMISSING ADVERSARY PROCEEDING AND DENYING MOTION FOR PROVISIONAL RELIEF", filed on December 19, 2025 (Docket Entry #65), the above captioned adversary proceeding is now closed.

SO ORDERED.

In San Juan, Puerto Rico, this 19th day of December 2025.

                                             Ada I. García Rivera, Esq., CPA
                                             Clerk of Court

                                             By: s/Carmen Tacoronte
                                             Carmen Tacoronte
                                             Deputy Clerk