# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br><br>Title III<br><br>No. 17-BK-4780-LTS |
| LUMA ENERGY, LLC and LUMA ENERGY SERVCO, LLC<br><br>    Plaintiffs.<br>    v.<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY and PUERTO RICO PUBLIC-PRIVATE PARTNERSHIPS AUTHORITY,<br><br>    Defendants. | Adv. Proc. No. 25-00043 in 17 BK 4780-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

## NOTICE OF APPEAL

**To the Honorable United States District Judge Laura Taylor Swain:**

Notice is hereby given that LUMA Energy, LLC and LUMA Energy Servco, LLC (collectively, "LUMA"), by and through their counsel, DLA Piper LLP (US), hereby appeal to the United States Court of Appeals for the First Circuit the *Memorandum Order Dismissing Adversary Proceeding and Denying Motion for Provisional Relief* entered in the United States District Court for the District of Puerto Rico on December 19, 2025 (ECF No. 65), a copy of which is attached hereto as Exhibit A.

The other parties to this matter and their respective attorneys are as follows:

| Party | Attorneys |
|---|---|
| Puerto Rico Electric Power Authority | Martin J. Bienenstock<br>Paul V. Possinger<br>Ehud Barak<br>Margaret A. Dale<br>Michael A. Firestein<br>Laura Stafford<br>(Admitted *Pro Hac Vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br>Emails: mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>mdale@proskauer.com<br>Mfirestein@proskauer.com<br>lstafford@proskauer.com<br><br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br>Email: herman@oneillborges.com |

2

| | |
|---|---|
| Puerto Rico Public Private Partnerships Authority (through its agent, Puerto Rico Fiscal Agency and Financial Advisory Authority) | **O'MELVENY & MYERS LLP**<br>Peter Friedman<br>Maria J. DiConza<br>(Admitted *Pro Hac Vice*)<br>Gabriel L. Olivera<br>USDC No. 303314<br>1301 Avenue of the Americas, Suite 1700<br>New York, NY 10019<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br>Email: pfriedman@omm.com<br>mdiconza@omm.com<br>golivera@omm.com<br><br>**MARINI PIETRANTONI MUÑIZ LLC**<br>Manuel A. Pietrantoni<br>USDC No. 219805<br>Ignacio Labarca Morales<br>USDC No. 303307<br>250 Ponce de León Ave., Suite 900<br>San Juan, Puerto Rico 00918<br>Telephone: (787) 705-2171<br>Facsimile: (787) 936-7494<br>Emails: mpietrantoni@mpmlawpr.com<br>ilabarca@mpmlawpr.com |
| LUMA | Brett Ingerman (admitted *pro hac vice*)<br>Dale K. Cathell (admitted *pro hac vice*)<br>**DLA PIPER LLP (US)**<br>650 South Exeter Street, Suite 1100<br>Baltimore, Maryland 21202<br>T: (410) 580-4177<br>F: (410) 580-3001<br>brett.ingerman@us.dlapiper.com<br>dale.cathell@us.dlapiper.com<br><br>David Horniak (admitted *pro hac vice*)<br>**DLA PIPER LLP (US)**<br>500 8th Street, NW<br>Washington, DC 20004<br>T: (202) 799-4361<br>F: (202) 799-4362<br>david.horniak@us.dlapiper.com<br><br>Mariana Muñiz Lara (local counsel)<br>USDC-PR No. 231706<br>**DLA PIPER (PUERTO RICO) LLC** |

3

|  | 500 Calle de la Tanca, Suite 401<br>San Juan, Puerto Rico 00901-1969<br>T: (787) 945.9106<br>F: (787) 945.9102<br>mariana.muniz@us.dlapiper.com |
|---|---|

Dated: January 15, 2026
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Brett Ingerman*
Brett Ingerman (admitted *pro hac vice*)
Dale K. Cathell (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
650 S. Exeter Street, Ste. 1100
Baltimore, MD 21202-4576
T: (410) 580.4177
F: (410) 580.3001
brett.ingerman@us.dlapiper.com
dale.cathell@us.dlapiper.com

David Horniak (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
500 8th Street, NW
Washington, DC 20004
T: (202) 799-4361
F: (202) 799-4362
david.horniak@us.dlapiper.com

*/s/ Mariana Muñiz Lara*
Mariana Muñiz Lara (local counsel)
USDC-PR No. 231706
**DLA PIPER (PUERTO RICO) LLC**
500 Calle de la Tanca, Suite 401
San Juan, Puerto Rico 00901-1969
T: (787) 945.9106
F: (787) 945.9102
mariana.muniz@us.dlapiper.com

*Attorneys for LUMA Energy, LLC, and LUMA Energy Servco, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

Dated: January 15, 2026
San Juan, Puerto Rico

                                                                                           */s/ Mariana Muñiz Lara*